**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8537**

DAVID M. KISSI,

             Plaintiff - Appellant,

      v.

GARY WILSON,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.  (8:08-cv-01638-PJM)

Submitted:  April 23, 2009                Decided:  May 4, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David M. Kissi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Kissi appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny Kissi's motion for appointment of counsel and affirm for the reasons stated by the district court. Kissi v. Wilson, No. 8:08-cv-01638-PJM (D. Md. Aug. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED